UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 17-04908-AB (KSx)

Total Intermodal Services, Inc.

Plaintiff,

v.

Travelers Property Casualty Company of America, et al

Defendants.

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 26, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE