# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL INTERMODAL SERVICES, INC, <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 10, <br><br> Defendants. | Case No. 2:17-cv-04908-AB-KS <br><br> [~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Stipulation Re Dismissal with Prejudice filed by Plaintiff Total Intermodal Services, Inc. and Defendant Travelers Property Casualty Company of America, and good cause appearing, this action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 28, 2018

_____
Honorable André Birotte Jr.
United States District Judge